FILED

10/14/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0464



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0464

JOSEPTH RICHARD GOSS,

      Plaintiff and Appellant,

v.

USAA CASUALTY INSURANCE
COMPANY,
DIANN S. STEVENS, and DOES A-D,
Inclusive

      Defendant and Appellee.

**ORDER OF MEDIATOR APPOINTMENT**

      This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

      On October 14, 2020, D. Patrick McKittrick was appointment mediator in this matter. He has since declined the appointment. Accordingly, that appointment is vacated and

      IT IS ORDERED THAT **Curtis G. Thompson,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

      IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

      A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

      DATED this October 14, 2020.

Bowen Greenwood, Clerk of the Supreme Court

c:      Keith D. Marr, Susan Moriarity Miltko, David Matthew McLean, Curtis G. Thompson, D. Patrick McKittrick